[No. 37777-2-II.   Division Two.   April 28, 2009.]

Masco Petroleum, Inc., *Respondent*, v. Harbor Cascade, Inc., et al., *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-2-01312-1, Dave Edwards, J., entered May 12, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37894-9-II.   Division Two.   April 28, 2009.]

The State of Washington, *Respondent*, v. Anthony Robert Toliver, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-00413-1, Bryan E. Chushcoff, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38003-0-II.   Division Two.   April 28, 2009.]

The State of Washington, *Respondent*, v. D.L.C., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-8-00079-4, Gordon Godfrey, J., entered June 19, 2008. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 26882-9-III.   Division Three.   April 30, 2009.]

Damian Walter et al., *Respondents*, v. Wayne Barnett et al., *Appellants*, Cliff Steelman et al., *Respondents*.

Appeal from a judgment of the Superior Court for Columbia County, No. 06-2-00015-2, William D. Acey, J., entered February 13, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Korsmo, JJ.